

Alexa T. Blandeburgo
*Associate*
a.blandeburgo@mss-pllc.com
212-655-3500

May 1, 2026

**VIA E-MAIL**

R. Andrew Patty II
Phelps Dunbar LLP
400 Convention St., Suite 1100
Baton Rouge, LA 70802
Drew.Patty@phelps.com

**Re:  Infringement of Bubble Beauty Inc.'s Valuable Trademark Rights**

Dear Mr. Patty,

We acknowledge receipt of your correspondence dated April 21, 2026, regarding our prior cease and desist letter concerning trade dress infringement of Bubble Beauty Inc. ("Bubble"). Our client maintains that 1135 Skincare, LLC's ("1135") use of the product packaging designs shown and identified in our prior correspondence is likely to cause consumer confusion and misappropriates our client's distinctive trade dress (as described in greater detail *infra*). We remain willing to engage in good-faith discussions to resolve this matter amicably and efficiently.

I.        The Bubble Trade Dress is Inherently Distinctive and Non-Functional

Bubble is a global beauty brand with an extensive product line. Since 2020, Bubble has used a distinctive packaging across its products, including the core collection launched with the brand: a cylindrical container with a solid orange cap and pastel base (hereinafter, the "Bubble Trade Dress"). [*See* **Exhibit A**]. The Bubble Trade Dress is distinctive and unique in the beauty marketplace: no other beauty brand on the market uses a cylindrical container with an orange cap and pastel base for its packaging. In fact, the *only* products with that combination shown in Exhibit 1 to 1135's Response to Bubble's Demand Letter are Bubble and Saint Crewe. The other brands in Exhibit 1—such as Starface, e.l.f., Florence by Mills, and Glossier—use different color schemes and packaging that clearly distinguish themselves from Bubble *and from one another*. Accordingly, Exhibit 1 demonstrates that Bubble's color selections are not ubiquitous; Bubble's combination of an orange cap and pastel base for its packaging is unique in the marketplace, used only by Bubble – and 1135's trade-dress-infringing Saint Crewe products. *See Clinique Lab'ys, Inc. v. Dep Corp.,* 945 F. Supp. 547, 559 (S.D.N.Y. 1996) (holding that plaintiff Clinique's trade dress was inherently distinctive because of "[t]he specific color scheme of pastels recurs throughout the Clinique line of products . . .").

**EXHIBIT**

**C**

*R. Andrew Patty II*
*Page 2*
*May 1, 2026*

In addition, Bubble's product packaging is not functional because it "distinguishes [Bubble's] goods and identifies their source, without serving any other significant function." *Qualitex Co. v. Jacobson Prods. Co.,* 514 U.S. 159, 165 (1995) ("Accordingly . . . trademark law would protect [plaintiff's] use of the green-gold color on its press pads."). Bubble's choice to employ an orange cap across many of their products has no other purpose other than for source-identification. *Cf. CTB, Inc. v. Hog Slat, Inc.*, 954 F.3d 647, 666 (4th Cir. 2020) (denying trade dress protection for red pans because "[p]laintiff's '732 Patent and its lead feeder designer stated that feeders are colored red to attract chickens").

II.     The Bubble Trade Dress Has Acquired Distinctiveness and Strong Secondary Meaning

In addition to its inherent distinctiveness, the Bubble Trade Dress has acquired distinctiveness by having achieved strong secondary meaning in the beauty marketplace.

Since 2020, Bubble has managed to emerge as one of the top skincare brands on the market. Several factors have facilitated their remarkable growth: their presence in major retailers such as Walmart, Ulta Beauty, Target, CVS; their major partnerships, most recently with Leighton Meester and Poppi; and incredible social media presence and press coverage. [*See* **Exhibit B].** Indeed, Bubble has received unsolicited press from outlets such as Vogue, Forbes, Elle Magazine, The Business of Fashion, WWD, E! News, BeautyMatter, Popsugar, and Yahoo! Finance. Based upon these incredible accolades, it should come to no surprise that Bubble has a mass following on social media: 25.1 million likes and 4.1 million followers on TikTok; nearly 900,000 followers on Instagram; and 587,000 subscribers and nearly 240 million views on YouTube.[1] Consequently, Bubble's distinctive product packaging has become immediately recognizable by the public as identifying Bubble's products. As BeautyMatter reporter Kelly Kovak explained: "You'll know Bubble when you see it. The packaging screams Gen Z with modern component choices and bright decoration." [*See* **Exhibit B**].

The notable commercial success of Bubble's products using the Bubble Trade Dress by way of, *inter alia*, its celebrity partnerships and endorsements, unsolicited press, considerable social media following, and sales in major retailers in addition to its e-commerce website, is evidence of the strong secondary meaning that the Bubble Trade Dress has acquired as a Bubble source identifier. *See Clinique Lab'ys, Inc.*, 945 F. Supp. at 559 (holding that plaintiff Clinique's trade dress had acquired distinctness because "Clinique ha[d] presented evidence of sales success, advertising expenditures, unsolicited advertising, and defendant's conscious imitation of plaintiff's trade dress and trademark to support such a finding").

Moreover, the striking similarity between Saint Crewe's packaging designs and the Bubble Trade Dress, considered in light of the substantial notoriety and popularity of Bubble's products, gives every reason to believe that 1135 intentionally designed its packaging to mimic Bubble's packaging and thereby free-ride on the popularity and marketplace goodwill achieved by Bubble and recognizable by the Bubble Trade Dress – which is itself evidence of the secondary meaning that the Bubble Trade Dress has achieved, as well as that 1135's products are

---

[1] These statistics are present as of May 1, 2026.

*R. Andrew Patty II*
*Page 3*
*May 1, 2026*

likely to cause consumer confusion. *See, e.g., X-IT Prods., L.L.C. v. Walter Kidde Portable Equip., Inc.*, 155 F.Supp.2d 577, 621 (E.D. Va. 2001) ("Intentional copying gives rise to a presumption of secondary meaning in [plaintiff's] packaging"); *Abercrombie & Fitch Stores, Inc. v. Am. Eagle Outfitters, Inc.*, 280 F.3d 619, 639 (6th Cir. 2002) ("Evidence of intentional copying shows the strong secondary meaning of a product because there is no logical reason for the precise copying save an attempt to realize upon a secondary meaning that is in existence.") (citations omitted); *J-B Weld Co., LLC v. Gorilla Glue Co.*, 978 F.3d 778, 790 (11th Cir. 2020) ("A defendant's intention to bolster its own reputation by trading off of the goodwill associated with the plaintiff's trade dress supports a finding of likelihood of confusion … [A] finder of fact may [] infer intent to derive a benefit from a competitor's goodwill—and, accordingly, an intent to cause confusion—from evidence of intent to copy … Such a finding of intent is 'especially fitting' where a review of the trade dress of the plaintiff and defendant 'reveals substantial similarities.'") (citations omitted).

For the reasons set forth above, Bubble possesses protectable trade dress rights in its Bubble Trade Dress, encompassing the distinctive overall look and feel, configuration, and visual presentation that consumers have come to identify exclusively with our client. The Bubble Trade Dress is inherently distinctive *and* has acquired strong secondary meaning through extensive and continuous use, marketplace recognition, and association in the minds of consumers with our client. 1135's products adopt the same key design elements and overall commercial impression, creating a clear likelihood of consumer confusion, mistake, or deception as to source, affiliation, or sponsorship.

Accordingly, we reiterate our demand that your client immediately:

(1) Immediately cease and desist from the advertising, promotion, and sale of the Saint Crewe products identified in our initial correspondence;

(2) Provide an accounting of the sales and revenues associated with the sale of the Saint Crewe products identified in our initial correspondence;

(3) Agree to permanently refrain from the advertising, promotion, and/or sale in U.S. commerce (including but not limited to at all third party retailers, brick-and-mortar locations, and 1135's e-commerce site www.saintcrewe.com) of any goods that replicate or encompass a confusingly similar design to the Bubble Trade Dress, including but not limited to the Saint Crewe products identified in our initial correspondence; and

(4) Recall all Saint Crewe products in the marketplace that replicate or encompass a confusingly similar design to that of the Bubble Trade Dress, including but not limited to the Saint Crewe products identified in our initial correspondence.

We look forward to your response within one week of the date of this letter.

All rights reserved.

*R. Andrew Patty II*
*Page 4*
*May 1, 2026*

Very truly yours,
MEISTER SEELIG & SCHUSTER PLLC

By: *Alexa Blandeburgo*
Alexa T. Blandeburgo

Meister Seelig & Schuster PLLC
125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | mss-pllc.com

# Exhibit A

























# Exhibit B

Free same day delivery on select purchases $35+

Join / Sign in    Track an Order    Community    Ulta Beauty Rewards®    Find a Store    Gift Cards

ULTA    Shop    New    Brands    Sale    Discover    Services & Events    Mother's Day Gift Guide    Search Ulta Beauty

Bubble    View all ↓

BUBBLE
Developed with Dermatologists.
Powered by Community.

**We think you'll like**
12 items

Bubble Slam Dunk Hydrating Moisturizer
★★★★★ 4.7 (4121)
$10.00 - $16.00
Add to bag

Bubble Cosmic Silk Hydrating Milky Toner
★★★★★ 4.8 (1262)
$16.00
Add to bag

Bubble Cloud Surf Water Cream Moisturizer
★★★★★ 4.7 (1052)
$10.00 - $16.00
Add to bag

Bubble SOFT SWERVE Barrier Restore Balm
★★★★★ 4.9 (2559)
$18.00
Add to bag

Only at Ulta
Bubble SUN RISE Mineral Sunscreen Stick Broad Spectrum SPF 40
★★★★★ 4.9 (708)
$15.00
Add to bag

Bubble Water Slide Hydration Boosting Serum Hyaluronic Acid + Peptides
★★★★★ 4.7 (439)
$17.00
Add to bag

⇄ Show filters (0)    In Store

Normal Skin Type    Combination Skin Type    Dullness    Sensitive Skin Type    Oily Skin Type    Uneven Skin Tone    Dry Skin Type    Silicone Free    Blackheads & Visible Pores

38 results    Sort by Best Sellers ⌄

Only at Ulta
Bubble
SUN RISE Mineral Sunscreen Stick Broad Spectrum SPF 40
★★★★★ 4.9 (708)
$15.00
Add to bag

2 sizes
Bubble
Slam Dunk Hydrating Moisturizer
★★★★★ 4.7 (4121)
$10.00 - $16.00
Add to bag

Bubble
Cosmic Silk Hydrating Milky Toner
★★★★★ 4.8 (1262)
$16.00
Add to bag

Only at Ulta
Bubble
Rise and Shine Brightening Kit
★★★★★ 4.7 (149)
$34.00
Add to bag

Only at Ulta
Bubble
Super Cuties Trial Kit
★★★★★ 4.9 (643)
$30.00
Add to bag

2 sizes
Bubble
Cloud Surf Water Cream Moisturizer
★★★★★ 4.7 (1052)
$10.00 - $16.00
Add to bag

Bubble
SOFT SWERVE Barrier Restore Balm
★★★★★ 4.9 (2559)
$18.00
Add to bag

2 sizes
Bubble
Fresh Start Gel Cleanser
★★★★★ 4.8 (2111)
$10.00 - $17.00
Add to bag

Bubble
Water Slide Hydration Boosting Serum Hyaluronic Acid + Peptides
★★★★★ 4.7 (439)
$17.00
Add to bag

4 scents
Bubble
Tell All Lip Balm
★★★★★ 4.6 (418)
$9.00
Add to bag

Bubble
Day Dream Vitamin C + Niacinamide Tone & Texture Serum
★★★★★ 4.8 (2998)
$17.00
Add to bag

Only at Ulta
Bubble
Big Barrier Super Set
★★★★★ 5 (166)
$70.00 ($79 value)
Add to bag

Bubble
Solar Mate Daily Mineral SPF 40
★★★★☆ 4.3 (588)
$19.00
Add to bag

2 scents
Bubble
TALK BACK Hydrating Lip Serum
★★★★★ 4.9 (1343)
$12.00
Add to bag

Bubble
Power Wave Super Hydrating Moisturizer
★★★★★ 4.8 (483)
$16.00
Add to bag

Bubble
Going Places On-the-Go Essentials Kit
★★★★★ 4.7 (47)
$36.00
Add to bag

Bubble
Bounce Back Balancing Toner Mist
★★★★★ 4.7 (390)
$13.00
Add to bag

Bubble
Plus One Tinted Daily Mineral Sunscreen Broad Spectrum SPF 40
★★★★★ 4.6 (440)
$19.00
Add to bag

Only at Ulta
Bubble
Blemish Begone Acne Prevention Kit
★★★★★ 4.9 (76)
$44.00 ($55 value)
Add to bag

Bubble
Soft Launch Hydrating Cream Cleanser
★★★★★ 4.9 (599)
$17.00
Add to bag

Bubble
Level Up Balancing Moisturizer
★★★★★ 4.6 (1303)
$16.00
Add to bag

Bubble
Morning Rays Brightening Eye Cream
★★★★★ 4.7 (1218)
$14.99
Add to bag

Only at Ulta
Bubble
Drink Up Duo Dewy Skin Set
★★★★★ 4.9 (166)
$28.00 ($33 value)
Add to bag

Bubble
Come Clean Detox Clay Mask
★★★★★ 4.5 (507)
$19.00
Add to bag



# Bubble Skincare
Bubble Skincare

Filter | Sort | Category | Type | Price | Deals | Guest Rating | FPO/APO

**29 results**

Pickup | Shop in store | Same-day Delivery | Shipping

   

**25k+ bought in last month**
**$14.99** ($8.82/fluid ounce)
When purchased online
Bubble Skincare Slam Dunk Hydrating Moisturizer - 1.7 fl oz: Face Cream,...
Bubble Skincare
4.8 ★ (6246)
Only 9 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**Highly rated**
**$33.99**
When purchased online
Bubble Skincare Hydro Heroes 3-Step Hydration Routine Kit: For Normal, Sensiti...
Bubble Skincare
4.7 ★ (275)
Only 3 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**11k+ bought in last month**
**$14.99**
When purchased online
Bubble Skincare Cosmic Silk Hydrating Milky Toner - 3.4 fl oz: Tone Correction,...
Bubble Skincare
4.8 ★ (251)
Only 8 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**Highly rated**
**$14.99** ($8.82/fluid ounce)
When purchased online
Bubble Skincare Cloud Surf Water Cream Moisturizer - 1.7 fl oz: Gel Cream,...
Bubble Skincare
4.8 ★ (2158)
Only 6 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

   

**Highly rated**
**$16.79**
Bubble Skincare Day Dream Vitamin C + Niacinamide Tone & Texture Serum - 1 fl o...
Bubble Skincare
4.8 ★ (1204)
Only 4 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**Highly rated**
**$16.79**
Bubble Skincare Water Slide Hydrating Serum - 1 fl oz: Contains Glycerin, Vitami...
Bubble Skincare
4.9 ★ (911)
Only 4 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**9k+ bought in last month**
**$16.99**
When purchased online
Bubble Skincare Soft Swerve Barrier Restore Balm - 1.65oz: Paraben-Free,...
Bubble Skincare
4.9 ★ (1276)
Only 4 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**$18.99** ($11.17/fluid ounce)
Bubble Skincare Solar Mate Mineral Sunscreen - SPF 40 - 1.7 fl oz: Zinc Oxide...
Bubble Skincare
4.7 ★ (824)
Only 3 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

    

**9k+ bought in last month**
**$14.99** ($8.82/fluid ounce)
When purchased online
Bubble Skincare Power Wave Super Hydrating Face Moisturizer - 1.7 fl oz: Veg...
Bubble Skincare
4.8 ★ (436)
Only 4 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**Highly rated**
**$9.99**
Bubble Skincare Knock Out Salicylic Acid Spot Treatment - 0.33 fl oz: Vegan, Alcoho...
Bubble Skincare
4.7 ★ (804)
Only 5 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**Highly rated**
**$14.99** ($3.57/fluid ounce)
When purchased online
Bubble Skincare Fresh Start Gel Cleanser - 4.2 fl oz: Paraben-Free, Vegan, For Norma...
Bubble Skincare
4.8 ★ (1823)
Only 3 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**$16.99** ($9.99/fluid ounce)
When purchased online
Bubble Skincare Plus One Tinted Mineral - SPF 40 - 1.7 fl oz: Aluminum-Free Cream,...
Bubble Skincare
4.7 ★ (842)
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

   

**Highly rated**
**$9.99** ($9.99/fluid ounce)
Buy 3, get 1 free on select beauty minis
When purchased online
Bubble Skincare Bubble Slam Dunk Mini Face Moisturizer - 1 fl oz: Daily Moisturizer...
Bubble Skincare
4.8 ★ (3715)
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**Highly rated**
**$7.99**
When purchased online
Bubble Skincare Tell All Juicy Secret Lip Balm - 0.15oz: Moisturizing, Package...
Bubble Skincare
4.8 ★ (998)
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Sun, May 3
Ships free - exclusions apply
Add to cart

**Highly rated**
**$13.49**
Bubble Skincare Bounce Back Balancing Toner Mist - 1.8 fl oz: Alcohol-Free, Vegan,...
Bubble Skincare
4.8 ★ (1423)
Only 3 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart

**$16.79** ($4.00/fluid ounce)
Bubble Skincare Soft Launch Hydrating Cream Cleanser - 4.2 fl oz: Sensitive & Dr...
Bubble Skincare
4.8 ★ (797)
Only 5 left at Upper West Side 61st and Broadway
Pickup ready within 2 hours
Delivery as soon as 4pm
Shipping arrives Tue, May 5
Ships free - exclusions apply
Add to cart



Pickup or delivery?
New York, 10022 · North Bergen Super...

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

$0.00

Departments  Services  Rollbacks & More  Get it Fast  Mother's Day  Pharmacy  New Arrivals  Walmart Business  Swim Shop  Meals Made Easy  My Items  Walmart+  More

## Bubble Skincare


**BUBBLE**

### Winter hydration

Replenish dry skin with Bubble's cold weather essentials.

Shop now

Power up your
**HYDRATION**

Vegan & Cruelty Free   Developed with Dermatologists   Fragrance Free

### Shop by category

     

Cleansers    Moisturizers    Treatments    Lip    Sunscreen    Kits

### Just In from Bubble

Best seller

      

Add   Add   Add   Add   Add   Add

**$16⁹⁷** $164.56/lb | **$9⁹⁷** $66.47/fl oz | **$14⁹⁷** $140.89/qt | **$14⁹⁷** $114.06/qt | **$18⁹⁷** $242.82/qt | **$18⁹⁷** $242.82/qt

Bubble Skincare Soft Swerve Barrier Restore Balm for All Skin Types,... | BUBBLE x poppi Talk Back Root Beer Lip Serum 4.5ML | Bubble Skincare Cosmic Silk Hydrating Milky Toner, 100ml, For All Skin Types | Bubble Skincare All Clear 2% Salicylic Acid Facial Cleanser for Acne and... | Bubble Skincare Cloud Surf Water Cream Facial Moisturizer Bonus Size 50... | Bubble Skincare Slam Dunk Hydrating Facial Moisturizer Bonus Size 50% more, 75...

1258 | 18 | 257 | 109 | 1589 | 365

Save with W+ | | Save with W+ | Save with W+ | | Save with W+

Pickup today | Pickup today | Pickup today | Pickup today | Pickup today | Pickup today
Shipping, arrives tomorrow | Shipping, arrives tomorrow | Shipping, arrives tomorrow | Shipping, arrives tomorrow | Shipping, arrives tomorrow | Shipping, arrives in 2 days

### Bubble Skincare








**Bubble x poppi lip**

Proven Bubble formulas. Pure poppi flavor.

Shop now

**Bubble Barrier Balm**

Meet Bubble Soft Swerve Barrier Restore Balm.

Shop now

**Hydrating Milky Toner**

Nourish and boost radiance with Cosmic Silk.

Shop now

### Skincare Essentials

Best seller | | Best seller | | Best seller

      

+ 2 options

Add   Add   Add   Add   Add   Add

**Options from** $ 24⁹⁷ – $ 74⁹¹ | **$14⁹⁷** $114.06/qt | **$14⁹⁷** $281.79/qt | **$14⁹⁷** $479.04/qt | **$14⁹⁷** $281.79/qt | **$28⁶⁸**

Bubble Skincare 3-Step Hydrating Routine Bundle for Normal to Dry Skin, Set... | Bubble Skincare Fresh Start Gel Cleanser, 4.2 FL OZ / 125mL | Bubble Skincare Cloud Surf Water Cream Facial Moisturizer, Everyday Care... | Bubble Skincare Day Dream Serum with Vit C & Niacinamide, Even Tone &... | Bubble Skincare Power Wave Super Hydrating Cream Moisturizer for... | Bubble Skincare Starting Lineup New Routine Lineup, Set of Three

3311 | 2066 | 2475 | 1731 | 472 | 165

Save with W+ | Save with W+ | Save with W+ | Save with W+ | Save with W+ | Save with W+

Pickup today | Pickup today | Pickup today | Pickup today | Pickup today | Pickup today
Shipping, arrives tomorrow | Shipping, arrives in 2 days | Shipping, arrives tomorrow | Shipping, arrives in 2 days | Shipping, arrives tomorrow | Shipping, arrives tomorrow

### Shop Top Picks

  

**Bubble Water Slide**

Hydration boosting serum.

Buy now

**Bubble Power Wave**

Super hydrating moisturizer.

Buy now

**Bubble All Clear**

Acne Cleanser 2% Salicylic Acid.

Buy now

### Eczema Care

Best seller

   



# Bubble Skincare

How to get it   **Pickup**   **Same-Day Delivery** Check Address ›   **Shipping**

Showing 1-14 of **14 products**    Sort by  [ Relevance ]

● bubble    Clear All

**Filters**

**Category** ∧
Beauty (14)
Personal Care (5)
Seasonal Shops (7)

**Brand** ∧
Find a brand
☐ Bubble (14)

**Product Type** ∨

**Size** ∨

**Quantity** ∨

**Price** ∧
☐ $10 - $15 (5)
☐ $15 - $20 (9)

**Reviews** ∧
☐ 1 star & more (14)
☐ 2 stars & more (14)
See More

HSA/FSA Eligible ⬤ Off

**Top Rated** ∨
**Benefit** ∨
**Concern** ∨
**Gender** ∨
**Key Ingredient** ∨
**Material** ∨
**Form** ∨
**Strength** ∨
**Color** ∨
**Scent** ∨
**Finish** ∨
OTC Eligible ⬤ Off

---

**FSA Eligible**

Loading...

Bubble Skincare Knock Out Acne Spot Treatment, 1.8% Salicylic ...
Bubble
★★★★★ 734
**$12.99** $39.36/oz.
✔ In stock at 5 Penn...
✗ Pickup - Check more stores ›
✔ Same-Day Delivery ✔ Shipping

---

Loading...

Bubble Morning Rays Brightening Eye Serum, .5 OZ
Bubble
★★★★★ 660
**$14.99** $29.57/oz.
✔ In stock at 5 Penn...
✔ Pickup ✔ Same-Day Delivery
✔ Shipping

---

Loading...

Bubble Skincare Soft Launch Hydrating Cream Cleanser, 4.2 ...
Bubble
★★★★★ 766
**$18.99** $4.50/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✔ Same-Day Delivery ✔ Shipping

---

Loading...

Bubble Day Dream Tone and Texture Serum, 3.2 oz
Bubble
★★★★★ 1118
**$18.99** $18.99/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✔ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Fresh Start Gel Cleanser
Bubble
★★★★★ 1752
**$11.99** $7.09/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✗ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Skincare Fresh Start Gel Facial Cleanser, All Skin Types, ...
Bubble
★★★★★ 1776
**$18.99** $4.52/oz.
✔ In stock at 5 Penn...
✔ Pickup ✔ Same-Day Delivery
✔ Shipping

---

**Add**

Bubble Skincare Over Night Hydrating Sleep Mask For All S...
Bubble
★★★★★ 780
**$19.99** $11.76/oz.
✔ In stock at 5 Penn...
✗ Pickup - Check more stores ›
✗ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Water Slide Hydrating Serum
Bubble
★★★★★ 861
**$19.99** $19.71/oz.
✔ In stock at 5 Penn...
✗ Pickup - Check more stores ›
✔ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Talk Back Lip Treatment, Watermelon
Bubble
★★★★★ 411
**$12.99** $85.46/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✗ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble All Clear 2% Salicylic Acid
Bubble
★★★★★ 107
**$18.99** $4.52/oz.
✔ In stock at 5 Penn...
✔ Pickup ✔ Same-Day Delivery
✔ Shipping

---

**Add**

Bubble Slam Dunk Hydrating Moisturizer, 1 oz
Bubble
★★★★★ 3716
**$12.99** $12.99/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✗ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Skincare Cloud Surf Water Cream Moisturizer, 1.7 OZ
Bubble
★★★★★ 2084
**$17.99** $10.58/oz.
✗ Out of stock at 5 Penn...
✗ Pickup - Check more stores ›
✔ Same-Day Delivery ✔ Shipping

---

**Add**

Bubble Skincare LevelUp Balancing Gel Moisturizer, ...
Bubble
★★★★★ 1491
**$17.99** $10.58/oz.
✔ In stock at 5 Penn...
✔ Pickup ✔ Same-Day Delivery
✔ Shipping

---

**Add**

Bubble Skincare Slam Dunk Hydrating Face Moisturizer, ...
Bubble
★★★★★ 6096
**$17.99** $10.58/oz.
✔ In stock at 5 Penn...
✗ Pickup - Check more stores ›
✗ Same-Day Delivery ✔ Shipping

---

Prices may vary from online to in store.

1





TECHNOLOGY    SUSTAINABILITY    FASHION    RETAIL    COMPANIES    BEAUTY    EVENTS    MEMBER BENEFITS    EXECUTIVE REPORTS



SKINCARE

# Bubble Skincare, a Gen Z favourite, is growing up with its customers

CEO and founder Shai Eisenman discusses how the youth-driven brand is maturing alongside its consumer base.

BY NATEISHA SCOTT

April 28, 2025

Bubble Skincare's Power Wave Moisturiser.  Photo: Courtesy of Bubble Skincare



BEAUTY > MAKEUP & SKIN CARE

# Leighton Meester Is Swapping Headbands for Sun Hats

The actress on her new campaign with Bubble, her everyday skin care routine, and that iconic smoky eye in the "Good Girls Go Bad" music video.

BY KATIE BEROHN    PUBLISHED: SEP 18, 2025 9:00 AM EDT



Join **BoF** Professional    NEWSLETTERS    NEWS & ANALYSIS    DATA & ADVISORY    CASE STUDIES    JOBS    EVENTS    PEOPLE    COMPANIES    Visit **BoF** Careers

☰  **BoF**    RETAIL    LUXURY    BEAUTY    SPORTS    SUSTAINABILITY    MARKETING    TECHNOLOGY    GLOBAL MARKETS    FASHION WEEK    WORKPLACE & TALENT    🔍  👤

Join BoF Professional today for agenda-setting analysis and advice. Start your 14-day trial for just $1.    **START TRIAL**



**BEAUTY**

# Bubble Was Built on Gen Z. Now, It Must Grow Up.

The colourful, affordable skincare line wants to attract older customers as it readies for its next stage of expansion. Like its peers Starface and Byoma, there may be growing pains along the way.

The brand has tapped "Gossip Girl" star Leighton Meester. (Courtesy)

 By **DANIELA MOROSINI**
18 September 2025

**BoF PROFESSIONAL**

# BeautyMatter

BUSINESS     CATEGORIES     REPORTS     PODCASTS     EVENTS     AWARDS     WEBINARS

CONTACT     MEMBERSHIPS     LOGIN                         SEARCH



FEATURES

# BUBBLE: THE GEN Z SKINCARE JUGGERNAUT SHAKING UP TEEN BEAUTY

**KELLY KOVACK**

**PUBLISHED NOVEMBER 15, 2022**

     

**FEATURE, SKINCARE**

Bubble

Indie beauty brands are, by their very nature, challengers, but some founders think bigger than others. Shai Eisenman, representing a new generation of independent beauty founders, is laser-focused on what she's building and crystal

clear about what it will take. With a David and Goliath strategy, Bubble is going head-to-head with some of beauty's biggest brands.

"Even though young consumers are the most advanced generation that ever existed, when it comes to skincare they use the same old-school stuff that I used as a teen and my mom used as a teen," Eisenman shared. "80 percent of Gen Z consumers use Neutrogena, Cetaphil, CeraVe, Clean and Clear, and Clinique—the same old-school brands that have been used for generations."

As a performance marketer, Eisenman believes in the power of data and the context conversations with consumers provide. She spent two years looking for white space in beauty and landed on shaking up the teen segment: "It made no sense to us that teens were stuck with options that hadn't evolved in decades and that didn't deliver on what they really needed and wanted."

She immersed herself in understanding the **Gen Z cohort**, creating a community of 4,600 teens that were part of every decision in developing the brand. With the information uncovered, Eisenman set out to capture the opportunity by building an efficacious, affordable, value-based, and design-focused brand with large-enough distribution to shake up the category and be truly accessible.

When the brand launched DTC, they were shocked to learn 58% of Gen Z shop for skincare at big-box retailers, and only 20% of them shop for skincare online. This data, coupled with the increased cost of acquisition online, made the path forward clear. In under two years, the brand has rolled out to 9,000 retail doors, launching with a Walmart exclusive in 2021, followed by CVS this summer, and recently in 665 Ulta stores. This year, Bubble also moved from Walmart's Trending Now section, created for indie brand launches, to the main skincare aisle, and in Ulta, the brand is merchandised in the mass skincare section. These merchandising moves put Bubble right next to the big beauty brands they've set out to disrupt.

## Upending the Beauty Retail Distribution Paradigm

The traditional distribution playbook has officially gone the way of the dodo. We recently saw Amazon-first brand **Hero Cosmetics exit to Dwight & Church** in a $630 million deal after defying industry norms, selling its products from Amazon to Neiman Marcus and Target to Ulta.

In today's hypercompetitive beauty landscape, consumer demand trumps current distribution relationships as retailers assess new brands to launch.

Bubble is following suit with a retail rollout that would have been considered backwards a few years ago, yet each retail partnership was methodical and carefully considered. Eisenman shared the thinking behind the Bubble distribution strategy to date. "When we launched, we knew we needed to focus on accessibility. Trying to reinvent a shelf and a category that had so little innovation in the last 30 years, we really wanted to ensure we bring the products to every possible home in the US—and Walmart is the absolute perfect partner, leading the category with 20% of the total personal care purchase in the US and ~200 million weekly visitors."

CVS was the next stop. Eisenman said, "Launching our acne line, and our new OTC product, Super Clear, we were really excited to focus on the clinical side, partner with CVS (4,100 doors), and reinvent the shelf in the acne section in the best drugstore retailer in the country.

Recently Bubble partnered with specialty beauty retail destination Ulta Beauty. Eisenman shared, "42% of Gen Zers explore beauty products in Ulta, and it's the number-one beauty destination in the country for our consumer. The Ulta consumer is someone who is looking for new products, wants to try new things— a true beauty enthusiast. Ulta, as a brand, has so many synergies with Bubble, and we are excited to be partnering with them on this journey."

This tectonic shift in distribution reflects the shift to an omnichannel world where the consumer is at the center of all decisions. Success requires a brand to be present when and where the consumer wants to research, experiment, and purchase.

## Fueling the Fast-Paced Growth

A VC-backed formula exists today that enables indie beauty brands to scale more quickly than ever before, but launching in big-box retail is not for the faint of heart—the scale is undoubtedly bigger, but the channel is also operationally and capital intense. Like many of today's buzziest brands, Bubble is venture backed, but unlike many founders, Eisenman doesn't market funding rounds or believe the amount of money raised correlates with a business's success.

"We don't disclose our funding amounts, but we work very closely with our advisors and our great investors to work very capital efficiently and focus on building a long-term sustainable brand that can survive the headwinds," Eisenman shared. "The knowledge of our investors and advisory board, such as Jyothi Rao [formerly CEO of Intermix], Dor Sela [formerly at P&G], and Sandra Campos [former CEO of DVF] is immeasurable for continuing to grow our business sustainably long term."

Navigating the operational nuances of three of the largest beauty retailers in the US market requires capital, an experienced team, and an investment in operational infrastructure. As a beauty industry outsider, Eisenman has built a team of veterans with decades of experience who were well-versed in product development, operations, and retail marketing.

"We started as a very small team and have grown to 30 employees with a huge emphasis on our retail, creative, operation, and marketing teams. We have an amazing retail and operations team with extensive beauty experience, which was the absolute key to be able to grow from a DTC-exclusive brand to 9,000 doors in 22 months."

She continued, "The team is really the heart of everything we do here at Bubble, and I attribute our success to them wholeheartedly, and am very grateful to be learning from each of them every day."

"Even though young consumers are the most advanced generation that ever existed, when it comes to skincare they use the same old-school stuff that I used as a teen and my mom used as a teen."

Case 4:26-cv-00604-P     Document 1-3     Filed 05/18/26     Page 22 of 24     PageID 52

BY SHAI EISEMAN, FOUNDER, BUBBLE

## Pushing the Envelope on Formulation

Beauty at the speed of TikTok has driven brands to become laser-focused on speed-to-market and rapid-fire product launches to fuel growth and remain competitive. The Bubble brand ticks all the Gen Z design boxes, but don't let the fun color-blocked packaging fool you—it's what's inside the bottle that is at the heart of the brand.

You'll know Bubble when you see it. The packaging screams Gen Z with modern component choices and bright decoration, creating a visual disruption to the acne section, which leverages "clinical" design cues for packaging. The brand plays with size to ensure every product is priced under $20 and friendly to a teen's beauty budget. **Piper Sandler's 44th semiannual Taking Stock With Teens** survey shows that beauty spending is up 20% year over year, totaling $264/year, with skincare having the highest priority of beauty spending at $103.

Bubble's easy-to-use assortment targets younger skincare concerns like breakouts and acne with vegan, cruelty-free, and nontoxic products grounded in a formulation philosophy of avoiding any controversial ingredients and using less ingredients by choosing the right ones. As the rest of the industry is looking for ways to truncate the development process, Bubble embraces a more traditional 24-month process to ensure every launch delivers the results they promise.

The brand's community of over 5,000 teens fuels product innovation by helping to surface unmet consumer needs, while a team of advising dermatologists, external chemists, and clinical herbalists review product briefs and all formula submissions. Next, formula samples are sent to 40-80 community members, and must receive positive feedback of over 90% before it is approved and sent out for required testing (stability, compatibility, micro-challenge, HRIPT, etc.). Once testing is complete, consumer perception testing is initiated, and finally, the product is sent to 300 community members before it is officially launched.

Case 4:26-cv-00604-P     Document 1-3     Filed 05/18/26     Page 23 of 24     PageID 53

Eisenman shared a view of the future: "We have really exciting things in the pipeline, such as expanding our OTC offerings and entering a new category. We'll always remain in clinical skin care specifically, but we are excited about expanding our product line to ensure our consumers get everything they need to establish a healthy, clinical, great skincare routine."

## Breaking Through the Noise

There have never been more independent beauty brands, each looking for its piece of the beauty pie. While social media and DTC have lowered the barrier to entry, the competition is stiff, and scaling a beauty brand has never been more costly or complex.

Out of the cacophony of beauty brands, some are led by visionary founders rising above the noise demanding the attention of the industry and consumers alike. Shai Eisenman is one of those founders, and Bubble is one of those brands. At first glance, Bubble may appear to be similar in many ways to other brands built to serve the Gen Z beauty consumer, but scratch below the surface, and there is an intuitive young founder playing the long game with a team of veterans in place capable of executing the vision. This brand should be on everyone's radar, not just the big beauty brands in Bubble's crosshairs.



Case 4:26-cv-00604-P     Document 1-3     Filed 05/18/26     Page 24 of 24     PageID 54

MEMBER EXCLUSIVE

BUBBLE SKINCARE'S $100 MILLION
FORMULA: COMMUNITY FIRST AND
JOY AS A KPI

FACE THE FUTURE: BUBBLE
INTRODUCES BOLD NEW
COMMUNITY-DRIVEN INITIATIVE

BUBBLE: FUTURE50 2023

NOV. 19, 2025

MAY. 7, 2023

MAY. 15, 2025

NEXT 2024 ENTREPRENEUR OF THE
YEAR: SHAI EISENMAN

FINAL FUTURE50 2024 LINEUP:
CONVERSATIONS DEFINING BEAUTY
CONTENT AGENDA

BEAUTYMATTER FUTURE50
INSIGHTS AND INSPIRATIONS

OCT. 24, 2024

MAY. 21, 2024

MAY. 4, 2023

## Exclusives About

ARTICLES

PODCASTS

REPORTS

ABOUT US

MEMBERSHIPS

## Connect    More

ADVERTISING +
SPONSORSHIPS

CONTRIBUTORS,
TIPS + STORIES

MEDIA + PRESS
INQUIRES

MY ACCOUNT

TERMS

PRIVACY

## Join the Newsletter

| ENTER YOUR | SUBMIT |





© BEAUTYMATTER 2026

ALL RIGHTS RESERVED